EXHIBIT B

---------- Forwarded message ---------
From: **Kaufman, Alex B.** <AKaufman@foxrothschild.com>
Date: Thu, Dec 10, 2020 at 7:13 PM
Subject: Elector Delegation Reminder
To: djshafer@gmail.com <djshafer@gmail.com>
Cc: CMitchell@foley.com <CMitchell@foley.com>, Kurt Hilbert <khilbert@hilbertlaw.com>, Ray S. Smith, III   rsmith@smithliss.com  , Chris Gardner   chris@chrisgardnerlaw.com


David-


Based upon the developments both in our state case as well as in the Supreme Court, I am reconfirming the importance and our collective advice that our slate of delegates meet on December 14th (per the Federal Deadline) and cast their ballots in favor of President Trump and specifically per the Georgia Election Code. It is essential that our delegates act and vote in the exact manner as if Governor Kemp has certified the Presidential Contest in favor of President Trump.  I believe that this is still the most conservative course of action to preserve the best chance for Georgia to ultimately support the President's re election.  As we discussed in the 1960 Hawaii case, the convening of our electors and their casting of ballots in favor of President Trump in the specifically required form and manner is necessary in order to preserve our state and party's say in the presidential contest. I am available tomorrow if you wish to discuss further. Please let me know if you disagree with this advice or need any other assistance.


All the best and thank you,


Ale

**Alex Kaufman**
Partner
**Fox Rothschild LLP**
999 Peachtree Street NE
Suite 1500
Atlanta, GA 30309
(404) 870-3769 – direct

(404) 964-5587 - cell
(404) 962-1200 - fax
AKaufman@fo_rothschild.com
www.foxrothschild.com

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fo   Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.