# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA<br><br>v.<br><br>DAVID J. SHAFER,<br><br>   Defendant. | Case Number: 1:23-cv-03720-SCJ |

## CERTIFICATE OF SERVICE

Defendant David J. Shafer hereby certifies that he has served the persons listed below on this 23rd day of August, 2023, with copies of Defendant's Notice of Removal of State Court Action to Federal Court and Request for Habeas Corpus or Equitable Relief by sending the document to the recipients via United States mail, postage prepaid.

Chris Carr
Georgia Attorney General
Office of the Attorney General
47 Trinity Street, S.W.
Atlanta, Georgia 30334

Fani T. Willis, District Attorney
Grant H. Rood, Assistant District Attorney
Fulton County District Attorney's Office
3rd Floor
136 Pryor Street
Atlanta, Georgia 30303

1

Respectfully submitted, this 23d day of August, 2023.

*/s/ Craig A. Gillen* _____
Craig A. Gillen
Georgia Bar No. 294838
Anthony C. Lake
Georgia Bar No. 431149
GILLEN & LAKE LLC
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
(404) 842-9700
cgillen@gwllawfirm.com

*/s/ Holly A. Pierson* _____
Holly A. Pierson
Georgia Bar No. 579655
PIERSON LAW LLC
2851 Piedmont Road NE, STE 200
Atlanta, GA 30305
(404) 353-2316
hpierson@piersonlawllc.com

*Counsel for David J. Shafer*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 23d day of August, 2023, the undersigned served the foregoing document by filing the document via the Court's Case Management/Electronic Case Filing (CM/ECF) system, which will automatically serve notice of such filing on the following attorneys of record:

    Fani T. Willis, District Attorney
    Fulton County District Attorney's Office
    136 Pryor Street
    Atlanta, Georgia 30303
    fani.willisda@fultoncountyga.gov

    John Wooten
    Fulton County District Attorney's Office
    136 Pryor Street SW
    Fourth Floor
    Atlanta, Georgia 30303
    will.wooten@gmail.com

    */s/ Craig A. Gillen* _____
    Craig A. Gillen
    Georgia Bar No. 294838
    Anthony C. Lake
    Georgia Bar No. 431149
    GILLEN & LAKE LLC
    400 Galleria Parkway
    Suite 1920
    Atlanta, Georgia 30339
    (404) 842-9700
    cgillen@gwllawfirm.com

    *Counsel for David J. Shafer*