AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | | |
|---|---|---|
| THE STATE OF GEORGIA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-CV-03720-SCJ |
| DAVID JAMES SHAFER | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE STATE OF GEORGIA   .

Date:   09/01/2023

/s/ John E. Floyd
*Attorney's signature*

John E. Floyd Ga Bar No. 266413
*Printed name and bar number*

1201 W. Peachtree St., NW, Suite 3900
Atlanta, Georgia 30309

*Address*

floyd@bmelaw.com
*E-mail address*

(404) 881-4100
*Telephone number*

*FAX number*