# EXHIBIT 1



## *Certificate of Ascertainment*

On November 3, 2020, the following sixteen people were appointed Electors of President and Vice President of the United States for the State of Georgia, each receiving 2,474,507 votes:

| | | |
|---|---|---|
| Stacey Yvonne Abrams | Van R. Johnson | Bob Trammell, Jr. |
| Gloria S. Butler | Pedro "Pete" Marin | Sachin Varghese |
| Wendy Davis | Fenika Thomas Miller | Nikema Williams |
| Bobby L. Fuse, Jr. | Ben E. Myers, Jr. | Cathy Woolard |
| Deborah Gonzalez | Rachel Paule | |
| Steve Henson | Calvin Smyre | |

The following electors received 2,461,837 votes:

| | | |
|---|---|---|
| Joseph Brannan | David G. Hanna | CJ Pearson |
| James "Ken" Carroll | Mark W. Hennessy | David Shafer |
| Vikki Townsend Consiglio | Susan Holmes | Shawn Still |
| Carolyn Hall Fisher | John A. Isakson | C.B. Yadav |
| Patrick M. Gartland | Cathleen Alston Latham | |
| Gloria Kay Godwin | Daryl Moody | |

The following electors received 62,138 votes:

| | | |
|---|---|---|
| Christine Austin | Ryan Graham | David R. Shock |
| Stephanie Sage Aylworth | Gretchen Mangan | John Turpish |
| Nelson M. Barnhouse | Edward T. Metz | Laura Williams |
| Robert Cortez | Mark Mosley | Nathan Wilson |
| Danny Dolan | Chase Russell Oliver | |
| Eric Fontaine | Robert Rouse | |

IN WITNESS WHEREOF I have hereunto set my hand and caused the Great Seal of the State of Georgia to be affixed at the Capitol in Atlanta, Georgia, this 20th day of November 2020.

_____
**GOVERNOR**

ATTEST:

_____
EXECUTIVE SECRETARY