# Exhibit 6

JAN 6 1961

Honorable Richard M. Nixon
President of the Senate
Washington 25, D. C.

My dear Mr. President:

Transmitted herewith is a copy of the certificate of ascertainment received today from the State of Hawaii, in conformity with the final clause of section 6, Title 3, United States Code.

Sincerely yours

FRANKLIN FLOETE
Administrator

Enclosure

THE NATIONAL ARCHIVES



**To all to whom these presents shall come, Greeting:**

**I Certify** That the annexed copy, or each of the specified number of
annexed copies, of each document listed below is a true copy of a document
in the official custody of the Archivist of the United States.

Certificate of ascertainment of electors of the State
of Hawaii, dated January 4, 1961, received by the
Administrator of General Services in accordance with
section 6, Title 3, United States Code.

**In testimony whereof,** I, WAYNE C. GROVER, Archivist of the United States,
have hereunto caused the Seal of the National
Archives to be affixed and my name subscribed
by the   Director of the Office of the
Federal Register   of the National Archives,
in the District of Columbia, this __6th__ day
of __January__ 19__61__.

_Wayne C. Grover_
Archivist of the United States
By _David C. Eberhart_

NAR-350 - AUGUST 1959
(Formerly GSA Form 86)

hundred and sixty-one.

# To the Administrator of General Services

## Pursuant to the Laws of the United States

I, WILLIAM F. QUINN, Governor of the State of Hawaii, do hereby certify that the returns of votes cast for Electors of President and Vice-President of the United States of America, for the State of Hawaii, at an election held therein for that purpose, on the Tuesday after the first Monday in November, in the year of our Lord one thousand nine hundred and sixty agreeably to the provisions of the laws of the said State, and in conformity with the Constitution and laws of the United States, for the purpose of giving in their votes for President and Vice-President of the United States, for the respective terms prescribed by the Constitution of the United States, to begin on the twentieth day of January in the year of our Lord one thousand nine hundred and sixty-one, were, ascertained by judgment of the Circuit Court of the First Judicial Circuit, State of Hawaii, in proceedings entitled Herman T. F. Lum et al., v. Gavien A. Bush et al., Civil No. 7023, entered on the thirtieth day of December, A. D. one thousand nine hundred and sixty, and that the list of persons voted for and the number of votes cast for each, pursuant to said judgment, respectively, is as follows:

| REPUBLICAN PARTY— | | DEMOCRATIC PARTY— | |
|---|---|---|---|
| GAVIEN A. BUSH | 92,295 | WILLIAM H. HEEN | 92,410 |
| J. HOWARD WORRALL | 92,295 | DELBERT E. METZGER | 92,410 |
| O. P. SOARES | 92,295 | JENNIE WILSON | 92,410 |

### And I further certify that

WILLIAM H. HEEN
DELBERT E. METZGER
JENNIE WILSON

were appointed Electors of President and Vice-President of the United States of America, for the State of Hawaii, at said election.

Given under my hand and the Seal of the State, this ____ day of January, in the year of our Lord one thousand nine hundred and sixty-one.

Governor of Hawaii

WILLIAM F. QUINN
GOVERNOR

STATE OF HAWAII
EXECUTIVE CHAMBERS
HONOLULU

January 4, 1961

Mr. Franklin Floete
Administrator of General Services
Washington 25, D. C.

Dear Sir:

    I have enclosed herewith the Certificate of Election of the three Democrat electors of the State of Hawaii, namely: Mr. William H. Heen, Mr. Delbert E. Metzger and Mrs. Jennie Wilson.

    These electors were adjudged by the Circuit Court of the First Judicial Circuit, State of Hawaii, to have received a majority of the votes cast in the General Election on November 8, 1960, for Presidential Electors of the State of Hawaii and to be the duly elected Presidential Electors of the State. A certified copy of the Judgment is enclosed.

    Under the Hawaii elections contest statutes, an appeal may be taken to the Supreme Court of the State from the judgment of the Circuit Court. The appeal must be made within ten days after the decision of the Circuit Court is entered, in this case by January 9, 1961.

    The Attorney General has advised me that he will not appeal the decision of the Circuit Court, and he has further advised me that the possibility of an appeal in this case by any defendant not represented by him is remote.

    As required by the State election contest statutes, State Certificates of Election have also been issued to the Democrat electors.

cc: President, U. S. Senate
    Senator Oren E. Long
    Senator Hiram L. Fong
    Congressman Daniel K.
      Inouye

Very truly yours,

William F. Quinn
WILLIAM F. QUINN
GOVERNOR OF HAWAII

encls.