IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **THE STATE OF GEORGIA**<br><br>**v.**<br><br>**SHAWN MICAH TRESHER STILL,**<br><br>   **Defendant.** | **CIVIL ACTION FILE**<br><br>**No. 1:23-CV-03792-SCJ**<br><br>**RE: NOTICE OF REMOVAL OF FULTON COUNTY SUPERIOR COURT INDICTMENT NO. 23SC188947** |

## ORDER

This matter appears before the Court on the Motion to Consolidate Evidentiary Hearings filed by Defendant Shawn Still, to which the State has filed a response of no objection. Doc. Nos. [9]; [12].

In the absence of objection, the Court **GRANTS** the Motion to Consolidate.

Accordingly, the September 18, 2023 (2:00 p.m.) hearing for the case *sub judice* is **CANCELED**.

Given the overlap in arguments and evidence, and in the interest of judicial economy, a *consolidated* evidentiary hearing concerning the Notices of Removal for the following three cases will be held on **SEPTEMBER 20, 2023 at 9:30 A.M.**

(Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia, Courtroom 1907):

Georgia v. David James Shafer, Civil Action No. 1:23-cv-03720

Georgia v. Shawn Micah Tresher Still, Civil Action No. 1:23-cv-03792

Georgia v. Cathleen Alston Latham, Civil Action No. 1:23-cv-03803

The Clerk is **DIRECTED** to file a copy of this Order in each of the three above-stated civil action numbers.

**IT IS SO ORDERED** this 11th day of September, 2023.

_____
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**