## **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA<br><br>v.<br><br>[SHAWN STILL/DAVID SHAFER/ CATHLEEN LATHAM],<br><br>Defendant. | CIVIL ACTION FILE<br><br>No. [1:23-cv-03792-SCJ/1:23-CV-03720-SCJ/1:23-cv-03803-SCJ] |

### ORDER

This matter appears before the Court on Defendant [Shawn Still's/David Shafer's/Cathleen Latham's] Joint Motion for Authorization for Witness to Appear and Testify by Means of Video Teleconference Technology. Doc. No. [ ]. It appearing to the Court that sufficient good cause exists to grant the Motion, the Motion is **GRANTED**. The Court **ORDERS** that witness Todd Zywicki for the Defendant shall be permitted to appear at the evidentiary hearing set by the Court for Wednesday, September 20, 2023 at 9:30 AM by means of video teleconference technology.

**IT IS SO ORDERED**, this _____ day of _____, _____.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

1

Order prepared by:

Thomas D. Bever
Georgia Bar No. 055874
W. Cole McFerren
Georgia Bar No. 409248
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, N.E.
Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500
tbever@sgrlaw.com
cmcferren@sgrlaw.com

Counsel for Defendant Shawn Still