AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia ▼

| | | |
|---|---|---|
| State of Georgia | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-CV-03720 |
| David James Schafer | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Georgia                                                                                                                              .

Date:     09/14/2023                                                            /s/ Daysha D. Young
                                                                                                *Attorney's signature*

                                                                                       Daysha D. Young
                                                                                     *Printed name and bar number*
                                                                                    136 Pryor Street., 3rd Floor
                                                                                         Atlanta, GA 30303

                                                                                                  *Address*

                                                                             daysha.young@fultoncountyga.gov
                                                                                            *E-mail address*

                                                                                           (404) 612-8759
                                                                                         *Telephone number*

                                                                                              *FAX number*