AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| STATE OF GEORGIA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-03720-SCJ |
| DAVID J. SHAFER | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STATE OF GEORGIA.

Date: 09/15/2023

/s/ Alex Bernick
*Attorney's signature*

Alex Bernick Ga Bar No. 730234
*Printed name and bar number*
Fulton County District Attorney
136 Pryor Street SW 3rd Floor
Atlant

*Address*

alex.bernick@fultoncountyga.gov
*E-mail address*

(404) 698-5506
*Telephone number*

*FAX number*