# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA | Case Number: 1:23-cv-03720-SCJ |
| v. | |
| DAVID J. SHAFER | |
| Defendant. | |

## DEFENDANT'S NOTICE OF WAIVER OF RIGHT TO BE PRESENT AT EVIDENTIARY HEARING SET FOR SEPTEMBER 20, 2023

Defendant David Shafer, through the undersigned counsel, hereby notifies the Court and the parties that Defendant knowingly and voluntarily waives his right to be personally present for the Court's hearing on Defendant's Notice of Removal of State Court Action to Federal Court and Request for Habeas or Equitable Relief, Doc. # 1, set for Wednesday, September 20, 2023, Doc. # 4. Defendant understands that he possesses a right to be present at any stage of the proceedings at which witnesses are to be questioned, and Defendant freely and voluntarily waives that right. Defendant requests that the Court proceed during his absence, and agrees that his interests will be deemed represented at the hearing by the presence of his attorney the same as if Defendant himself was personally present in Court.

Respectfully submitted, this 18th day of September, 2023.

/s/ Craig A. Gillen_____
Craig A. Gillen
Georgia Bar No. 294838
Anthony C. Lake
Georgia Bar No. 431149
GILLEN & LAKE LLC
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
(404) 842-9700
cgillen@gwllawfirm.com

/s/ Holly A. Pierson_____
Holly A. Pierson
Georgia Bar No. 579655
PIERSON LAW LLC
2851 Piedmont Road NE, STE 200
Atlanta, GA 30305
(404) 353-2316
hpierson@piersonlawllc.com

*Counsel for David J. Shafer*

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies, pursuant to LCivR 7.1(D), that the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in LCivR 5.1(B).

>	*/s/ Craig A. Gillen*_____
>	Craig A. Gillen
>	Georgia Bar No. 294838
>	Anthony C. Lake
>	Georgia Bar No. 431149
>	GILLEN & LAKE LLC
>	400 Galleria Parkway
>	Suite 1920
>	Atlanta, Georgia 30339
>	(404) 842-9700
>	cgillen@gwllawfirm.com
>
>	*Counsel for David J. Shafer*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he, this 18th day of September, 2023, the undersigned served the foregoing document by filing the document via the Court's Case Management/Electronic Case Filing (CM/ECF) system, which will automatically serve notice of such filing on all attorneys of record.

    */s/ Craig A. Gillen*_____
Craig A. Gillen
Georgia Bar No. 294838
Anthony C. Lake
Georgia Bar No. 431149
GILLEN & LAKE LLC
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
(404) 842-9700
cgillen@gwllawfirm.com

*Counsel for David J. Shafer*