IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA | Case Number: 1:23-cv-03720-SCJ |
| v. | |
| DAVID J. SHAFER | |
| Defendant. | |

### DEFENDANT'S WAIVER OF RIGHT TO BE PRESENT AT EVIDENTIARY HEARING SET FOR SEPTEMBER 20, 2023

I, David J. Shafer, the Defendant in the above-captioned action, having been advised of, and fully understanding, my right to be present at all stages of the proceedings in this action, file this Waiver of Right to Be Present at Evidentiary Hearing Set for September 20, 2023 (Waiver), and hereby knowingly, voluntarily and unambiguously waive my right to be present at the hearing set for Wednesday, September 20, 2023. *See* Doc. # 4. No force has been used on me, and no threats or promises have been made to me, by any person in an effort to have me waive my right to be present at the hearing.

I respectfully request that the Court proceed with the hearing pursuant to this Waiver and voluntarily agree that my interests will be represented at all times during

1

the hearing by the presence of my legal counsel the same as if I were personally present in Court.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing statements are true and correct.

Respectfully submitted, this 18th day of September, 2023.

_____
David J. Shafer

_____
Craig A. Gillen
Georgia Bar No. 294838
Anthony C. Lake
Georgia Bar No. 431149
GILLEN & LAKE LLC
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
(404) 842-9700
cgillen@gwllawfirm.com

*Counsel for David J. Shafer*

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies, pursuant to LCivR 7.1(D), that the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in LCivR 5.1(B).

>   /s/ Craig A. Gillen_____
>   Craig A. Gillen
>   Georgia Bar No. 294838
>   Anthony C. Lake
>   Georgia Bar No. 431149
>   GILLEN & LAKE LLC
>   400 Galleria Parkway
>   Suite 1920
>   Atlanta, Georgia 30339
>   (404) 842-9700
>   cgillen@gwllawfirm.com
>
>   *Counsel for David J. Shafer*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he, this 18th day of September, 2023, the undersigned served the foregoing document by filing the document via the Court's Case Management/Electronic Case Filing (CM/ECF) system, which will automatically serve notice of such filing on all attorneys of record.

                */s/ Craig A. Gillen*_____
                Craig A. Gillen
                Georgia Bar No. 294838
                Anthony C. Lake
                Georgia Bar No. 431149
                GILLEN & LAKE LLC
                400 Galleria Parkway
                Suite 1920
                Atlanta, Georgia 30339
                (404) 842-9700
                cgillen@gwllawfirm.com

                *Counsel for David J. Shafer*