## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA<br><br>v.<br><br>DAVID J. SHAFER<br><br>    Defendant. | Case Number: 1:23-cv-03720-SCJ |

### DEFENDANT'S NOTICE OF FILING

Defendant David J. Shafer files this Notice of Filing, attaching for the Court and the parties (1) a Supplemental Expert Declaration of Professor Todd Zywicki and attachments, attached at Exhibit 1, and (2) the Declaration of William Bradley Carver and exhibit, attached at Exhibit 2.

Respectfully submitted, this 19th day of September, 2023.

> */s/ Craig A. Gillen* _____
> Craig A. Gillen
> Georgia Bar No. 294838
> Anthony C. Lake
> Georgia Bar No. 431149
> GILLEN & LAKE LLC
> 400 Galleria Parkway
> Suite 1920
> Atlanta, Georgia 30339
> (404) 842-9700
> cgillen@gwllawfirm.com

1

*/s/ Holly A. Pierson* _____
Holly A. Pierson
Georgia Bar No. 579655
PIERSON LAW LLC
2851 Piedmont Road NE, STE 200
Atlanta, GA 30305
(404) 353-2316
hpierson@piersonlawllc.com

*Counsel for David J. Shafer*

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies, pursuant to LCivR 7.1(D), that the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in LCivR 5.1(B).

                        */s/ Craig A. Gillen* _____
                        Craig A. Gillen
                        Georgia Bar No. 294838
                        Anthony C. Lake
                        Georgia Bar No. 431149
                        GILLEN & LAKE LLC
                        400 Galleria Parkway
                        Suite 1920
                        Atlanta, Georgia 30339
                        (404) 842-9700
                        cgillen@gwllawfirm.com

                        *Counsel for David J. Shafer*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he, this 19th day of September, 2023, the undersigned served the foregoing document by filing the document via the Court's Case Management/Electronic Case Filing (CM/ECF) system, which will automatically serve notice of such filing on all attorneys of record.

>    */s/ Craig A. Gillen*_____
>    Craig A. Gillen
>    Georgia Bar No. 294838
>    Anthony C. Lake
>    Georgia Bar No. 431149
>    GILLEN & LAKE LLC
>    400 Galleria Parkway
>    Suite 1920
>    Atlanta, Georgia 30339
>    (404) 842-9700
>    cgillen@gwllawfirm.com
>
>    *Counsel for David J. Shafer*