UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

1:23-CV-3720-SCJ

THE STATE OF GEORGIA V. DAVID SHAFER

1:23-CV-3792-SCJ

THE STATE OF GEORGIA V. SHAWN STILL

1:23-CV-3803-SCJ

THE STATE OF GEORGIA V. CATHLEEN LATHAM

Before the Honorable Steve C. Jones

---

Minute Sheet for proceedings held 09/20/2023.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 12:20 P.M.
TIME IN COURT: 2:50                COURT REPORTER: Dianne Peede
OFFICE LOCATION: Atlanta           DEPUTY CLERK:   Pamela Wright

ATTORNEYS PRESENT:

    For State of Georgia: Anna Cross, Nathan Wade, F. Donald Wakeford, John Floyd, Alex Bernick, and John Wooten

    For Defendant Shafer: Craig Gillen, Holly Pierson, Anthony Lake

    For Defendant Still: Thomas Bever, William McFerren

    For Defendant Latham: William Cromwell

PROCEEDING CATEGORY:     Consolidated Evidentiary Hearing Held

MINUTE TEXT: Oral argument heard regarding Defendants' respective Notices of Removal. Defendants' exhibits 1 and 2 admitted over objection. Defendants' exhibit 3 admitted without objection. Defendants' exhibits 4 and 5 were tendered; the Court will permit counsel for State of Georgia until noon on 9/21/2023 to review and advise the Court of any objections, after which the Court will make a determination regarding admission.

| | |
|---|---|
| HEARING STATUS: | Hearing concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |