# AMENDED DEFENDANTS' EXHIBIT LIST

| STATE OF GA V. DAVID SHAFER, SHAWN STILL, and CATHLEEN LATHAM | | U. S. D. C. NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
|---|---|---|
| Counsel for State of Georgia: Anna Cross, Nathan Wade, F. Donald Wakeford, John Floyd, Alex Bernick, and John Wooten | Counsel for Defendants: Craig Gillen, Holly Pierson, Anthony Lake, Thomas Bever, William McFerren, William Cromwell | Case Nos.  1:23-CV-3720-SCJ<br>1:23-CV-3792-SCJ<br>1:23-CV-3803-SCJ<br><br>Hearing date: September 20, 2023 |
| Judge Steve C. Jones | Court Reporter: Dianne Peede | Courtroom Deputy: Pamela Wright |

| Pla. Exh. No. | Dfts. Ex. No. | Taken under advisement | Date Adm. | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| | 1 | | 9/20/23 | Supplemental Expert Declaration of Professor Todd Zywicki |
| | 2 | | 9/20/23 | Declaration of William Bradley Carver |
| | 3 | | 9/20/23 | Transcript: Meeting of the Electoral College of Georgia, December 14, 2020 |
| | 4 | | 9/21/23 | Congressional Record Vol. 107, Part 1: 1/3/1961 - 1/26/1961* |
| | 5 | | 9/21/23 | Record from Circuit Court of the First Judicial Circuit, State of Hawaii, Civil no. 7029* |
| | | | | *admitted per order of the Court entered 9/21/2023 |