# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

### 2211 UNITED STATES COURTHOUSE
### 75 TED TURNER DRIVE, SW
### ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**                                                          **DOCKETING SECTION**
**DISTRICT COURT EXECUTIVE**                                                      **404-215-1655**
**AND CLERK OF COURT**

September 29, 2023

Superior Court of Fulton County 136
Pryor Street SW, Suite J2-640
Atlanta, GA 30303

Re:     The State of Georgia v. Shafer
        Our Case Number:  1:23-cv-03720-SCJ
        Your Case Number:  23SC188947

Dear Clerk:

        Enclosed is a certified copy of an order entered by this court in the above-styled
action remanding said action to your court.

                                        Sincerely,

                                        Kevin P. Weimer
                                        District Court Executive and
                                        Clerk of Court

                        By:   s/Shane Gazaway
                              Deputy Clerk

Enclosure

**THIS LETTER AND ORDER IS A COURTESY COPY ONLY AND IS NOT TO BE
MAILED BACK TO THE UNITED STATES DISTRICT COURT.**