## Details - Case # 23SC188947 - Envelope # 13278449

### Envelope

**Envelope ID**
13278449

**Submitted by**
[redacted]

**Username**
[redacted]

### Case Information

**Court Location**
Fulton - Superior - EJ15

**Case Type**
GC-GENERAL COMPLEX

**Case Category**
Criminal

**Judge**
MCAFEE, SCOTT

### Parties

| Party Type | Party Name | Lead Attorney |
|---|---|---|
| DEFENDANT | David James Shafer | Craig A. Gillen, ANTHONY C. LAKE |
| PLAINTIFF | The State of Georgia | Nathan Wade, Anna Cross, John E Floyd, DAYSHA YOUNG, ADAM S NEY, ALEX BERNICK, FRANCIS MCDONALD WAKEFORD, GRANT H ROOD, WILL WOOTEN |
| BONDING COMPANY | A 2ND CHANCE BAIL BONDS | |
| NON PARTY | The Atlanta Journal-Constitution | LESLIE GATHER, Thomas MacIver Clyde |

### Filings

**Filing Code**
NOTICE

**Filing Type**

**Filing Description**

**Client Ref #**

### Service Contacts



Service Contacts    55

Case 1:23-cv-03720-SCJ   Document 29   Filed 09/29/23   Page 2 of 2

## Fees

Payment account
C erk, U S  D str ct Court, Northern Georg a

Party responsible
Dav d James Shafer

Filing attorney

Order ID

Transaction Response

Transaction Amount
$0 00

Transaction ID

**Total**      $0 00
**Waiver Selected**