IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA<br><br>v.<br><br>DAVID J. SHAFER<br><br>Defendant. | Case Number:<br><br>1:23-cv-03720-SCJ |

## NOTICE OF APPEAL

Notice is hereby given that Defendant David J. Shafer appeals to the U.S. Court of Appeals for the Eleventh Circuit from the Order, Dkt. No. 27, issued by Judge Steve C. Jones on September 29, 2023 in the above-referenced case.

Respectfully submitted, this 6th day of October, 2023.

*/s/ Craig A. Gillen*____
Craig A. Gillen
Georgia Bar No. 294838
Anthony C. Lake
Georgia Bar No. 431149
GILLEN & LAKE LLC
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
(404) 842-9700
cgillen@gwllawfirm.com

*/s/ Holly A. Pierson*_____
Holly A. Pierson
Georgia Bar No. 579655
PIERSON LAW LLC
2851 Piedmont Road NE
Suite 200
Atlanta, GA 30305
(404) 353-2316
hpierson@piersonlawllc.com

*Counsel for David J. Shafer*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA, | ) |
| Plaintiff, | ) **CASE NO.** |
| | ) |
| v. | ) **1:23-cv-03720-SCJ** |
| | ) |
| DAVID J. SHAFER, | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date set forth below, a true and accurate copy of the foregoing Notice of Appeal was filed electronically with the U.S. District Court for the Northern District of Georgia through the Court's ECF system, which will send notice of this filing to all counsel of record.

This the 6th day of October, 2023.

/s/ Holly A. Pierson
Holly A. Pierson
Georgia Bar No. 579655
PIERSON LAW LLC
2851 Piedmont Road NE, Suite 200
Atlanta, GA 30305
(404) 353-2316
hpierson@piersonlawllc.com

*Counsel for David J. Shafer*

2