**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**  
**DISTRICT COURT EXECUTIVE**  
 AND **CLERK OF COURT**

DOCKETING SECTION  
404-215-1655

October 6, 2023

Clerk's Office  
U.S. Court of Appeals  
Eleventh Circuit  
56 Forsyth Street, NW  
Atlanta, Georgia   30303

      **U.S.D.C. No.:** 1:23-cv-3720-SCJ  
      **U.S.C.A. No.:** 00-00000-00  
      **In re:**     The State of Georgia v. David James Shafer

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Amended Notice of Appeal, Clerk's Judgment, Opinion & Order and Docket Sheet appealed enclosed.** |
| ☐ | This is not the first notice of appeal. Other notices were filed on . |
| ☐ | There is no transcript. |
| **X** | **The court reporter Dianne Peede.** |
| ☐ | There is sealed material as described below: . |
| ☐ | Other: . |
| **X** | **Fees paid electronically on 10/6/23. (Receipt# AGANDC-12934680)** |
| ☐ | Appellant has been   leave to proceed *in forma pauperis*. |
| ☐ | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| ☐ | The Magistrate Judge is . |
| **X** | **The District Judge is Steve C. Jones.** |
| ☐ | This is a **DEATH PENALTY** appeal. |

                                          Sincerely,

                                          Kevin P. Weimer  
                                          District Court Executive  
                                          and Clerk of Court

                                 By:   /s/P. McClam  
                                            Deputy Clerk