ELECTORAL COLLEGE OF GEORGIA
MEETING on 12/14/2020

Page 6

| | |
|---|---|
| 1 | MR. YADAV: Here. |
| 2 | MS. FISHER: Mark Amick. |
| 3 | MR. AMICK: Here. |
| 4 | MS. FISHER: Brad Carver. |
| 5 | MR. CARVER: Here. |
| 6 | MS. FISHER: Burt Jones. |
| 7 | MR. JONES: Here. |
| 8 | MS. FISHER: And Frank -- what's that? |
| 9 | CHAIRMAN SHAFER: I'm sorry. |
| 10 | Oh. Can I confer with you for just a moment, |
| 11 | please? |
| 12 | MR. SMITH: Yes. |
| 13 | CHAIRMAN SHAFER: Okay. So there is -- we |
| 14 | will need to elect one more. |
| 15 | Robert, do you need me to elect one more? |
| 16 | One of our -- one of our presidential |
| 17 | electors has -- is no longer eligible because he |
| 18 | registered to vote in another state to further his |
| 19 | college studies. |
| 20 | Is there a motion to elect John Matt Downey |
| 21 | as a substitute presidential elector? |
| 22 | MS. FISHER: I so move. |
| 23 | MS. LATHAM: Second. |
| 24 | CHAIRMAN SHAFER: It's been moved and |
| 25 | seconded that John Downey be elected as a substitute |

ELECTORAL COLLEGE OF GEORGIA
MEETING on 12/14/2020

Page 7

1   presidential elector. All those -- is there any
2   discussion on that motion?
3        The Chair hears no discussion and will put
4   the motion to a vote.
5        All those in favor signify so by saying
6   "Aye."
7        Those opposed "No."
8        The "Ayes" have it. The motion carries, and
9   John Downey is a -- now a Presidential -- Republican
10  Candidate for Presidential Elector. And he is
11  present.
12       MR. DOWNEY: Yes, sir.
13       CHAIRMAN SHAFER: And -- and so all 16 are
14  present. And we will conduct the voting momentarily.
15       Ray Smith is a lawyer for President Trump.
16  Do you wish to make any comments at this time?
17       MR. SMITH: Yes. We're -- we're conducting
18  this as -- as Chairman Shafer said, we're conducting
19  this because the contest of the election in Georgia is
20  ongoing. And so we continue to contest the election
21  of the electors in Georgia. And so we're going to
22  conduct this in accordance with the Constitution of
23  the United States, and we're going to conduct the
24  electorate today similar to what happened in 1960 in
25  Hawaii.

AHReporting, LLC        (970)231-0859
                        ahreporting@gmail.com

ELECTORAL COLLEGE OF GEORGIA
MEETING on 12/14/2020

Page 8

1   CHAIRMAN SHAFER: And if we did not hold this
2   meeting, then our election contest would effectively
3   be abandoned; is --
4   MR. SMITH: That's correct.
5   CHAIRMAN SHAFER: -- that not correct?
6   MR. SMITH: That's correct.
7   CHAIRMAN SHAFER: And so the only way for us
8   to have any judge consider the merits of our
9   complaint, the thousands of people who we allege voted
10  unlawfully, is for us to have this meeting and permit
11  the contest to continue; is that not correct?
12  MR. SMITH: That's correct. That's correct,
13  Mr. Chairman.
14  MR. SINNERS: Chairman Shafer --
15  CHAIRMAN SHAFER: Yes, sir.
16  MR. SINNERS: -- I have John A. Isakson as an
17  original elector being replaced by John Downey.
18  CHAIRMAN SHAFER: That's correct.
19  MR. SINNERS: Patrick Garland, Mark -- being
20  replaced by Mark Amick.
21  CHAIRMAN SHAFER: That's correct.
22  MR. SINNERS: C.J. Pearson being replaced by
23  Honorable Burt Jones, and Susan Holmes being replaced
24  by Brad Carver.
25  CHAIRMAN SHAFER: That's -- that's fine.

AHREPORTING, LLC        (970)231-0859
                        ahreporting@gmail.com