# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| David J. Smith | For rules and forms visit |
|---|---|
| Clerk of Court | www.ca11.uscourts.gov |

November 22, 2024

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
ATLANTA, GA 30303-3309

Appeal Number: 23-13360-CC  ; 23-13361 -CC   ; 23-13362 -CC
Case Style: State of Georgia v. David Shafer
District Court Docket No: 1:23-cv-03720-SCJ

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13360

_____

STATE OF GEORGIA,

                                    Plaintiff-Appellee,

*versus*

DAVID JAMES SHAFER,

                                    Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03720-SCJ

_____

_____

No. 23-13361

_____

2                                                                                           23-13360

STATE OF GEORGIA,

                                                                        Plaintiff-Appellee,

*versus*

SHAWN MICAH TRESHER STILL,

                                                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03792-SCJ

_____

_____

No. 23-13362

_____

STATE OF GEORGIA,

                                                                        Plaintiff-Appellee,

*versus*

CATHLEEN ALSTON LATHAM,

Case 1:23-cv-03720-SCJ   Document 40   Filed 11/22/24   Page 4 of 4
USCA11 Case: 23-13360   Document: 44-2   Date Filed: 11/22/2024   Page: 3 of 3

23-13360                Opinion of the Court                3

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03803-SCJ

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 24, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: November 22, 2024